

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-21-00118-CV

---

IN THE MATTER OF C.D.M., JR., A JUVENILE

---

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 19JV0049-CCL

---

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

C.D.M., a juvenile, has appealed from the trial court's dispositional order of transfer from the Texas Juvenile Justice Department (TJJD) to the Texas Department of Criminal Justice (TDCJ). Briefing has been submitted by both parties. C.D.M. complains, among other things, that the clerk's record does not include any pleading or document, such as a request for transfer, by which the TJJD referred this case to the trial court for a transfer hearing. The State has filed a motion to supplement the clerk's record with a document that purports to be an October 26, 2021, letter from the TJJD to the trial court, asking the trial court to conduct a transfer hearing to determine whether C.D.M. should be transferred to the TDCJ.

In the alternative, the State seeks an order abating this case to the trial court for a hearing to determine whether the October 26, 2021, letter was received and reviewed by the trial court to determine the outcome of the proceeding, whether the letter should be included in the clerk's record, and whether the Bowie County District Clerk should supplement the clerk's record to this Court.

We hereby grant that portion of the State's motion that seeks abatement, and we abate this matter to the trial court to conduct a hearing to determine (1) whether the October 26, 2021, letter addressed to the trial court was received and reviewed by the trial court, (2) whether the trial court should file the letter in the clerk's record of this matter, (3) whether the Bowie County District Clerk should supplement the clerk's record with the October 26, 2021, letter, and (4) what notice the parties received of the transfer hearing. The remainder of the State's motion is passed until jurisdiction over this matter is returned to this Court following abatement.

We instruct the trial court to conduct the hearing within fifteen days of the date of this order and to enter findings regarding the inquires listed in the preceding paragraph. We also request that the trial court make any additional findings that it believes will be helpful to this Court in fully and finally resolving all issues related to the record in this matter.

The trial court's findings, as set forth above, shall be entered into the record of the case and filed with this Court as a supplemental clerk's record within ten days of the date of the hearing. The reporter's record of the hearing shall be filed within ten days of the date of the hearing.

All appellate timetables are stayed and will resume on our receipt of the supplemental record.

IT IS SO ORDERED.

BY THE COURT

Date: July 20, 2022

3